# United States District Court
### Central District of California
## Office of the Clerk

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
312 North Spring Street, Room G-8
Los Angeles, CA 90012

**To**: Clerk, United States District Court
  Northern District of California
  450 Golden Gate Avenue, 16th Floor
  San Francisco, CA 94102

**Re**: Transfer of our Civil Case No. ____2:17−cv−07528−R−MRW____
Case Title: ____Maxell, Ltd. v. ASUSTeK Computer Inc.____
   MDL _____ In Re: _____

Dear Sir/Madam:

An order having been made  **X**  transferring  __  remanding the above-listed case to your district, we are transmitting herewith our file:

_    Original case file documents are enclosed in paper format.
X   Electronic documents are accessible through PACER.
_    Other: _

Very truly yours,

Clerk, U.S. District Court

Date: _March 21, 2018_         By: _/s/ *Yvette Louis*_
                                     Deputy Clerk

*cc: All counsel of record*

---

### TO BE COMPLETED BY RECEIVING DISTRICT

**Please acknowledge receipt via e-mail to the address indicated below and provide the case number assigned in your district:**

  X   CivilIntakecourtdocs-LA@cacd.uscourts.gov    (Los Angeles Office)
  _   CivilIntakecourtdocs-RS@cacd.uscourts.gov    (Riverside Office)
  _   CivilIntakecourtdocs-SA@cacd.uscourts.gov    (Santa Ana Office)

Case Number: _____

Clerk, U.S. District Court

Date: _____       By: _____
                                          Deputy Clerk